U.S. Department of Justice

United States Attorney
Eastern District of New York

LEH/EMR
F. #2018R01259

271 Cadman Plaza East
Brooklyn, New York 11201

April 13, 2023

By E-mail
The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Joseph Harris
              Criminal Docket No. 18-616 (LDH)

Dear Judge DeArcy Hall:

      The government respectfully submits this supplemental letter in advance of sentencing in this case, which is scheduled for April 28, 2023 at 10:00 a.m.

      On April 10, 2023, the Probation Department filed a second addendum to the Presentence Investigation Report in which the Probation Department indicated that a five-point enhancement should be added to the guidelines calculation under U.S.S.G. §4B1.5(b)(1). The government agrees with the Probation Department that the enhancement applies here. However, because the government did not include this enhancement in the plea agreement, the government maintains that a sentence within the Guidelines range set forth in the plea agreement of 360 to life would be appropriate and achieve the goals of 18 U.S.C. § 3553(a).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Lauren Elbert
      Erin Reid
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (LDH) (by ECF)
       Frank Nikolaidis, U.S. Probation Department (by e-mail)
       Paula Notari, Esq. and Ezra Spilke, Esq. (by ECF)